**Dismissed and Memorandum Opinion filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00067-CV

## IN THE INTEREST OF K.J.W., A CHILD

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-20853B**

# M E M O R A N D U M    O P I N I O N

On January 13, 2015, appellant S.J.-W. filed a pro se notice of appeal from an order signed January 8, 2015. To date, our records show that appellant has neither established indigence nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On February 2, 2015, this court notified appellant that the filing fee was past

due and the appeal was subject to dismissal unless the fee were paid February 12, 2015. No response was filed.

In addition, no clerk's record has been filed in this appeal. On March 26, 2015, the clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On March 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Donovan.